**Order entered June 26, 2015**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

---

#### No. 05-15-00696-CV

---

#### PAULA WICKLIFFE, Appellant

#### V.

#### CHARLES TOOLEY, Appellee

---

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-04150-1**

---

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court is appellant's June 17, 2015 motion to review supersedeas bond. In the motion, appellant requests a temporary stay while the motion is pending. We **GRANT** appellant's request for a temporary stay as follows. We **STAY** the trial court's May 12, 2015 order setting supersedeas bond until further order of this Court.

On the Court's own motion, we **ORDER** appellant to file, by **JULY 6, 2015**, the reporter's record from the hearing on the motion to set the bond.

/s/     ELIZABETH LANG-MIERS
        JUSTICE